<pre>
1
2
3
4
5
6
7
</pre>

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RICHARDSON,<br><br>      Plaintiff,<br><br>    v.<br><br>CONDUENT COMMERCIAL SOLUTIONS, LLC,<br><br>      Defendant. | Case No.: 1:20-cv-0171 NONE JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND CLOSE THIS ACTION IN LIGHT OF THE NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 7) |

On February 12, 2020, Plaintiff filed a Notice of Voluntary Dismissal, indicating his dismissal of the action without prejudice pursuant to Rule 41. (Doc. 7) Pursuant to Rule 41(a)(1)(A), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because the defendant had not appeared or filed an answer, the action was automatically terminated. *Id.* Accordingly, the Clerk of Court is **DIRECTED** to assign a district judge to the case for purposes of termination, and to close this action.

IT IS SO ORDERED.

    Dated:   **February 13, 2020**           **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE